IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SANJAY ANDONISSAMY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04C 2521 |
| | ) | |
| v. | ) | Judge William J. Hibbler |
| | ) | Magistrate Judge Ian H. Levin |
| HEWLETT-PACKARD COMPANY, | ) | |
| QWEST COMMUNICATIONS and | ) | |
| KENNETH SMITH, | ) | |
| Defendants. | ) | |

**DEFENDANTS' JOINT MOTION TO ENTER JUDGMENT**

Defendants, Hewlett-Packard Company, Qwest Communications, and Kenneth W. Smith (collectively, "Defendants"), by their attorneys, respectfully move that the Court enter judgment in their favor and against Plaintiff, Sanjay Andonissamy ("Plaintiff"). In support of this Motion, Defendants state as follows:

1. On **December 6, 2006**, Defendants filed their respective motions for summary judgment in this case.

2. On December 11, 2006, the Court entered an order setting a briefing schedule giving Plaintiff until **January 10, 2007** to file his response to Defendants' motions for summary judgment. A copy of the December 11, 2006 order is attached as Exhibit A.

3. On January 17, 2007, the Court granted Plaintiff's motion for an extension of time in which to respond to Defendants' motions for summary judgment in the above-referenced matter. The Court ordered Plaintiff to file his response to Defendants' motions for summary judgment by **February 12, 2007**. A copy of the January 17, 2007 order is attached as Exhibit B.

4. On February 12, 2007, the Court granted Plaintiff's motion for another extension of time in which to respond to Defendants' motions for summary judgment in the above-

referenced matter. The Court ordered Plaintiff to file his response to Defendants' motion for summary judgment by **March 6, 2007**. A copy of the February 12, 2007 order is attached as Exhibit C.

5. In a letter, dated February 13, 2007, Defendants' counsel informed Plaintiff's counsel that Defendants would object to any additional extensions of time. A copy of the February 12, 2007 letter is attached as Exhibit D.

6. Plaintiff did not file a response to any of the Defendants' motions for summary judgment by March 6, 2007.

7. To date, Plaintiff has not filed any response to any of the Defendants' motions for summary judgment, despite the fact that Plaintiff has had an incredible **ninety-two (92) days** to respond the motions for summary judgment.

8. The failure of a party to respond to a motion for summary judgment and its accompanying statement of material facts constitutes an admission of those facts. LR 56.1(b)(3); *Laborers' Pension Fund v. Loucon Construction, Inc.*, No. 98 C 6227, 2004 WL 2538298, at *3 (N.D. Ill. Sep. 28, 2004); *see also Smith v. Lamz*, 321 F.3d 680, 683 (7th Cir. 2003) ("We have consistently held that a failure to respond by the nonmovant as mandated by the local rules results in an admission.").

9. Because Plaintiff has not responded to any of Defendants' motions for summary judgment, the facts in its statement of material facts are now deemed admitted. Furthermore, Defendants have shown in their respective motions for summary judgment and statement of material facts that no genuine issue of material fact exists and they are entitled to judgment as a matter of law. Indeed, by failing to respond to any of the arguments contained in Defendants'

respective motions, Plaintiff has conceded such arguments and waived any objection. Accordingly, summary judgment should be entered in Defendants' favor.

WHEREFORE, for the foregoing reasons Defendants, Hewlett-Packard Company, Qwest Communication, and Kenneth W. Smith, respectfully request that this Court enter summary judgment in their favor and against Plaintiff, Sanjay Andonissamy, and for such other relief as the Court deems proper.

March 7, 2007

Respectfully submitted,

HEWLETT-PACKARD COMPANY,
QWEST COMMUNICATIONS, AND
KENNETH W. SMITH

By: /s/ Joel C. Griswold
    One of Their Attorneys

Michael J. Hayes, Sr.
John T. Roache
Joel C. Griswold
Bell, Boyd & Lloyd LLC
Three First National Plaza
70 West Madison Street, Suite 3000
Chicago, Illinois  60606
(312) 372-1121

# CERTIFICATE OF SERVICE

      I, Joel C. Griswold, an attorney in the law firm of Bell, Boyd & Lloyd LLC, certify that I have this 7th day of March 2007, caused to be sent a copy of **Defendants' Joint Motion to Enter Judgment,** via the electronic filing system for the United States District Court for the Northern District of Illinois, to the following:

Denise M. Mercherson, Esq.
Law Office of Denise M. Mercherson
25 E. Washington Street, Suite 1320
Chicago, Illinois 60602

                                       /s/ Joel C. Griswold